1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
     JOHN CAVAZOS,                          Case No. 1:19-cv-00062-DAD-EPG
12
                          Plaintiff,        **ORDER REGARDING STIPULATION**
13                                          **TO EXTEND TIME TO RESPOND TO**
                   v.                       **FIRST AMENDED COMPLAINT**
14
                                            **(ECF No. 5)**
15   SALAS CONCRETE, INC.,

16                        Defendant.

17

18          Pursuant to the stipulation of the parties (ECF No. 5), and good cause appearing, the Court

19   approves the parties stipulated extension of time. Defendant shall file its response to the

20   complaint on or before **April 15, 2019**.

21

22
     IT IS SO ORDERED.
23

24      Dated:  **March 19, 2019**              /s/ _Erica P. Grosjean_

25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

                                            1