IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAVAZOS,<br><br>               Plaintiff,<br><br>v.<br><br>SALAS CONCRETE, INC.,<br><br>               Defendant. | Case No. 1:19-cv-00062-DAD-EPG<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 10)** |

Pursuant to the stipulation of the parties (ECF No. 10), and good cause appearing, the Court approves the parties' stipulated extension of time to respond to Plaintiff's First Amended Complaint. Defendant shall file its response to the complaint on or before **April 22, 2019**.

IT IS SO ORDERED.

    Dated: **April 16, 2019**     /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE