# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAVAZOS, on behalf of himself, all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>SALAS CONCRETE, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 1:19−CV−00062−DAD−EPG<br><br>**ORDER GRANTING STIPULATION RE DISCOVERY OF PUTATIVE CLASS MEMBER IDENTITIES AND CONTACT INFORMATION**<br><br>(ECF No. 17) |

Pursuant to the stipulation of the Parties (ECF No. 17), and finding good cause exists, IT IS ORDERED AS FOLLOWS:

1. ILYM Group, Inc. ("the Administrator"), a third party administrator, shall mail the notice letter (in both English and Spanish), attached as Exhibit "A" to the parties' stipulation (ECF No. 17 at 6-9), to all of the Putative Class Members. Defendant shall provide to the Administrator a list in *Microsoft Excel* or comparable format stating the names, last known addresses, e-mail addresses, and last known telephone numbers of the Putative Class Members (to the extent available from Defendant's personnel records and other sources) within ten (10) calendar days of the Court's order on this stipulation.

2. If a Putative Class Member does not want his/her name, address, e-mail addresses, or telephone number to be provided to Plaintiff, he/she must (1) sign and return a postcard (which shall be provided to the Putative Class Members in both English and Spanish) substantially the same as that attached as Exhibit "B" to the parties' stipulation (ECF No. 17 at 10-11), or (2) respond by e-mail to the Administrator within thirty (30) calendar days after the mailing of Exhibit "A," that the Putative Class Member does not want their personal contact information disclosed.

3. Forty-five (45) days after mailing Exhibit "A," the Administrator shall provide Plaintiff with a list in *Microsoft Excel* or comparable format stating the names, addresses, e-mail addresses, and telephone numbers of all the Putative Class Members who did not sign and return the postcard attached to the parties' stipulation as Exhibit "B" or opted-out by e-mail. The Administrator shall also provide Defendant with a list of the Putative Class Members who signed and returned the postcard or opted-out by e-mail.

4. Plaintiff shall keep any information discovered by this process confidential, shall use such information only for purposes of this litigation, and shall return the information to Defendant or certify its destruction (including all copies) at the end of this litigation.

5. Plaintiff will bear the costs of the Administrator for the performance of its duties described above.

IT IS SO ORDERED.

Dated: **June 28, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE