Anthony P. Raimondo, #200387
  *apr@raimondoassociates.com*
Gerardo V. Hernandez, #292809
  *gvh@raimondoassociates.com*
James D. Miller, #207709
  *jdm@raimondoassociates.com*
RAIMONDO & ASSOCIATES, a Law Corporation
7110 N. Marks Avenue, Suite #104
Fresno, California 93711
Telephone: (559) 432-3000; Fax: (559) 432-2242

Attorneys for Defendant SALAS CONCRETE, INC.

David G. Spivak, # 179684
  david@spivaklaw.com
Maralle Messrelian, #316974
  maralle@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste. 203
Encino, CA 91436
Telephone: (818) 582-3086; Facsimile: (818) 582-2561

Walter Haines, #71075
  walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047; Fax: (562) 256-1006

Attorneys for Plaintiff JOHN CAVAZOS, and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAVAZOS, on behalf of himself, all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>          Plaintiff(s),<br>vs.<br><br>SALAS CONCRETE, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>          Defendant(s). | Case No. 1:19-cv-00062-DAD-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>(ECF No. 20) |

Plaintiff JOHN CAVAZOS on behalf of himself and all others similarly situated, and Defendant SALAS CONCRETE, INC., both through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, the Initial Scheduling Conference is currently scheduled for October 29, 2019; and

WHEREAS, Plaintiff and Defendant believe that good cause exists to continue the Initial Scheduling Conference because the Parties have agreed to participate in early mediation on November 6, 2019, and thereafter, depending on the outcome of that mediation, would be better able to discuss the scheduling and outstanding anticipated issues related to the case.

NOW, THEREFORE, Plaintiff and Defendant hereby request that the Court continue the Initial Scheduling Conference currently scheduled for October 29, 2019, to a date after the mediation scheduled for November 6, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 8, 2019   RAIMONDO & ASSOCIATES, a LAW CORP.

By: /s/ James D. Miller
James Miller, Esq.
Attorneys for Defendant
SALAS CONCRETE, INC.

Dated: October 8, 2019   THE SPIVAK LAW FIRM

By: /s/ Maralle Messrelian
David G. Spivak, Esq.
Maralle Messrelian, Esq.
Attorneys for Plaintiff JOHN CAVAZOS, et al.

## **ORDER**

Pursuant to the Parties' stipulation (ECF No. 20), and finding good cause exists, IT IS ORDERED that the Initial Scheduling Conference, currently scheduled for October 29, 2019, is continued to December 3, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 10, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE