| | |
|---|---|
| 1  Anthony P. Raimondo, #200387 | (SPACE BELOW FOR FILING STAMP ONLY) |

Anthony P. Raimondo, #200387
  *apr@raimondoassociates.com*
Gerardo V. Hernandez, #292809
  *gvh@raimondoassociates.com*
James D. Miller, #207709
  *jdm@raimondoassociates.com*
RAIMONDO & ASSOCIATES, a Law Corporation
7110 N. Marks Avenue, Suite #104
Fresno, California 93711
Telephone: (559) 432-3000; Fax: (559) 432-2242

Attorneys for Defendant SALAS CONCRETE, INC.

David G. Spivak, # 179684
  david@spivaklaw.com
Maralle Messrelian, #316974
  maralle@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste. 203
Encino, CA 91436
Telephone: (818) 582-3086; Facsimile: (818) 582-2561

Walter Haines, #71075
  walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047; Fax: (562) 256-1006

Attorneys for Plaintiff JOHN CAVAZOS, and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAVAZOS, on behalf of himself, all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> Plaintiff(s), <br> vs. <br><br> SALAS CONCRETE, INC., a California corporation; and DOES 1 through 50, inclusive, <br><br> Defendant(s). | Case No. 1:19-cv-00062-DAD-EPG <br><br> **SECOND STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER THEREON** <br><br> (ECF No. 22) |

1  Plaintiff JOHN CAVAZOS on behalf of himself and all others similarly situated, and Defendant SALAS CONCRETE, INC., both through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, the previously continued Initial Scheduling Conference is currently scheduled for December 3, 2019;

WHEREAS, Plaintiff and Defendant believe that good cause exists to continue the Initial Scheduling Conference a second time because the Parties have recently settled the case at mediation and are currently engaged in fulfilling preliminary conditions to the settlement and preparing the memorandum of understanding; and

WHEREAS, the Parties will need to further prepare the necessary documents for the motion for approval of the settlement by this Court.

NOW, THEREFORE, Plaintiff and Defendant hereby request that the Court either continue the Initial Scheduling Conference currently scheduled for December 3, 2019, to a date far enough to allow the Parties to finalize the memorandum of understanding regarding settlement and file the motion for approval of the settlement, vacate the Initial Scheduling Conference, and/or set a Status Conference, whichever the Court deems appropriate.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 18, 2019          RAIMONDO & ASSOCIATES, a LAW CORP.

By:   /s/ James D. Miller
     James Miller, Esq.
     Attorneys for Defendant

Dated: November 18, 2019          THE SPIVAK LAW FIRM

By:   /s/ Maralle Messrelian
     David G. Spivak, Esq.
     Maralle Messrelian, Esq.
     Attorneys for Plaintiff

# **ORDER**

Pursuant to the Parties' Second Stipulation to Continue Initial Scheduling Conference (ECF No. 22), IT IS ORDERED that the Initial Scheduling Conference currently scheduled for December 3, 2019, is hereby continued to January 22, 2020, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **November 19, 2019**

/s/ *Erici P. Grosj*
UNITED STATES MAGISTRATE JUDGE