1  DAVID G. SPIVAK (SBN 179684)
        david@spivaklaw.com
2  MARALLE MESSRELIAN (SBN 316974)
        maralle@spivaklaw.com
3  THE SPIVAK LAW FIRM
   16530 Ventura Blvd., Suite 203
4  Encino, CA 91436
   Telephone:    (818) 582-3086
5  Facsimile:    (818) 582-2561

6
   WALTER HAINES (SBN 71075)
7  whaines@uelglaw.com
   UNITED EMPLOYEES LAW GROUP
8  5500 Bolsa Ave, Suite 201
   Huntington Beach, CA 92649
9  Telephone:    (562) 256-1047
   Facsimile:    (562) 256-1006
10

11
   Attorneys for Plaintiff,
12  JOHN CAVAZOS, and all others similarly situated

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  JOHN CAVAZOS, on behalf of himself, all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, | Case No.: 1:19−CV−00062−DAD−EPG |
| 17 | **NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| 18 | |
| 19              *Plaintiff(s),* | Action filed:    January 14, 2019 |
| 20                   vs. | Hearing Date:   April 21, 2020 |
| 21 | Hearing Time:   9:30 a.m. |
| 22  SALAS CONCRETE, INC., a California corporation; and DOES 1 through 50, inclusive, | Hearing Court:  5, Hon. Dale A. Dozd |
| 23              *Defendant(s).* | **_Submitted Herewith Under Separate Cover_** |
| 24 | 1.  Memorandum of Points and Authorities; |
| 25 | 2.  Declaration of David Spivak |
| 26 | 3.  Declaration of Walter Haines |
| 27 | 4.  Declaration of John Cavazos; and |
| 28 | 5.  [Proposed] Order. |

SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

i

*Cavazos v. Salas Concrete, Inc.*                    Notice of Motion and Plaintiff's Unopposed Motion
                                                     for Preliminary Approval of Class Action Settlement

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2020 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the above-entitled court, located at 2500 Tulare Street, Fresno, CA 93721, Plaintiff John Cavazos ("Plaintiff") will and hereby does move this Court for an order: (1) granting class certification of the Class solely for settlement purposes pursuant to Federal Rules of Civil Procedure § 23; (2) preliminarily approving the Joint Stipulation of Class Action Settlement and Release (the "Settlement")[1], (3) appointing David Spivak, Esq. of The Spivak Law Firm and Walter Haines of United Employees Law Group as Class Counsel; (5) appointing Plaintiff as a Class Representative; (6) approving the use of the proposed notice procedures and related forms; (7) directing that notice be mailed to the proposed Class; and (8) scheduling a hearing date for motion for final approval of class action settlement and awards of attorneys' fees and costs.

The "Class" or "Settlement Class" consists of all current and former California hourly, non-exempt employees Defendant employed during the Class Period. The Settlement defines "Class Members" or "Settlement Class Members" as "any person who is a member of the Settlement Class, or, if such person is incompetent or deceased, the person's legal guardian, executor, heir or successor-in-interest." The Settlement defines "Class Period" to mean the time period of January 14, 2015 through November 6, 2019.

This Motion is made on the following grounds: (1) the Class meets all the requirements for class certification for settlement purposes only under Federal Rules of Civil Procedure § 23; (2) the Settlement warrants preliminary approval based on all indicia for fairness, reasonableness, and adequacy; (3) for settlement purposes, Plaintiff is adequate to serve as a Class Representative; (4) Plaintiff's counsels are adequate to represent the Class; (5) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendant's potential liability exposure as compared against the risks of continued litigation; (6) the proposed notice procedures and related forms adequately apprise Class Members of their rights under the

---

[1] The Settlement is attached as Exhibit 1 to the Declaration of David Spivak ("DS"), which is submitted herewith under a separate cover.

1

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

*Cavazos v. Salas Concrete, Inc.*     Notice of Motion and Plaintiff's Unopposed Motion
for Preliminary Approval of Class Action Settlement

1    Settlement and fully comport with due process; and (7) in view of the foregoing, notice should be

2    disseminated to the Class Members and a hearing date for motion for final approval of class action

3    settlement, and awards of attorneys' fees and costs should be set.

4          The Motion is based on this Notice of Motion and Motion, the attached Memorandum of

5    Points and Authorities, the Declaration of David Spivak, the Declaration of Walter Haines,

6    Declaration of John Cavazos, all papers and pleadings on file with the Court in this action, all

7    matters judicially noticeable, and on such oral and documentary evidence as may be presented in

8    connection with the hearing on the Motion.

9          Respectfully submitted,

10                           THE SPIVAK LAW FIRM

11

12   Dated: March 20, 2020            By: /s/ David Spivak_____

13                        DAVID SPIVAK
                          MARALLE MESSRELIAN

14                        Attorneys for Plaintiff, JOHN CAVAZOS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

2

*Cavazos v. Salas Concrete, Inc.*    Notice of Motion and Plaintiff's Unopposed Motion
for Preliminary Approval of Class Action Settlement