IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAVAZOS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SALAS CONCRETE, INC.,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00062-DAD-EPG<br><br>ORDER GRANTING STIPLUATION TO CONTINUE DEADLINE TO FILE A NEW MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF No. 42) |

　　　Pursuant to the stipulation of the parties (ECF No. 42), IT IS ORDERED that the deadline to file a new motion for preliminary approval of class action settlement is extended from December 7, 2020, to January 6, 2021. No further extensions will be granted absent a showing of good cause.

IT IS SO ORDERED.

　　Dated:  **December 3, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1